IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOLLIS,            )<br>                                      )<br>            Plaintiff,         )<br>                                      )<br>    vs.                           )<br>                                      )<br>CITY OF FRESNO, et al., )<br>                                      )<br>                                      )<br>            Defendants.    )<br>_____) | 1:05-CV-00465-AWI-LJO-P<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $250.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to plaintiff the form for application to proceed in

1

forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** **April 21, 2005**          /s/ Lawrence J. O'Neill
b6edp0                        UNITED STATES MAGISTRATE JUDGE