UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOLLIS,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, et al.,<br><br>   Defendants.<br>_____/ | 1:05-cv-00465-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 5)<br><br>**ORDER DISMISSING ACTION** |

  Plaintiff, William Lollis ("plaintiff"), is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On June 14, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days. To date, plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on June 27, 2005, as undeliverable. A notation on the envelope indicated: Return to Sender - Discharged [Paroled]. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | <u>de novo</u> review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendation to
5 | be supported by the record and by proper analysis.
6 |         Accordingly, IT IS HEREBY ORDERED that:
7 |         1.   The Findings and Recommendation, filed June 14, 2005,
8 | are ADOPTED in full; and,
9 |         2.   This action is DISMISSED based on plaintiff's failure
10 | to obey the court's order of April 21, 2005.
11 | IT IS SO ORDERED.
12 | **Dated:  July 26, 2005**                    **/s/ Anthony W. Ishii**
     0m8i78                                      UNITED STATES DISTRICT JUDGE

2